IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN, | No.  2:23-CV-0775-DMC-P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The petition challenges a conviction issued by the Kings County Superior Court.  Kings County is part of the Fresno division of this Court.  See Local Rule 120(b).  Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

Dated:  May 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1